**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

JEFFREY L. NIELSEN,                           Civil No. 07-1349 (RHK/JSM)

      Plaintiff,                           **ORDER**

v.

UNITED STATES BUREAU OF LAND
MANAGEMENT and UNITED STATES
DEPARTMENT OF THE INTERIOR,

      Defendants.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 12, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon said Report and Recommendation, and upon all of the files, records and proceedings herein, it is ORDERED:

1. The Report and Recommendation (Doc. No. 70) is **ADOPTED**;

2. Plaintiff's Motion for In Camera Review of Documents Withheld and Redacted on Claims of Deliberative Privilege and for Summary Judgment (Doc. No. 19) is **GRANTED** in part and **DENIED** in part;

3. Defendants' Motion for Summary Judgment (Docket Nos. 22, 25) is **GRANTED** in part and **DENIED** in part; and

4. Defendants shall conduct an additional search for documents responsive to items 3 and 4 of plaintiff's FOIA request for documents generated after October 13, 2006

through the date of Amy Gbneou's departure, and the search shall be directed to all sources previously contacted for responsive documents.  In addition, Defendants are required to produce to Plaintiff on or before **September 15, 2008**, all additional responsive documents or a <u>Vaughn</u> index for all responsive documents withheld or redacted for any reason.

Date:  September 3, 2008

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge