**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Jeffrey L. Nielsen, | Civil No. 07-1349 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| United States Bureau of Land Management and United States Department of the Interior, | |
| Defendants. | |

_____

Pursuant to the parties' Stipulation of Dismissal With Prejudice (Doc. No. 72), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees, costs, and disbursements.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: January 8, 2009

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge